UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LASONDRA DOWELL<br>    Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA | No. 3:09-00240-19<br>Judge Nixon |

## ORDER

The defendant wishes "to perfect post-conviction relief on her own behalf". Toward that end, she has filed a Motion for Request of Court Transcripts (Docket Entry No.1946), a list of those parts of the record that she needs to prepare a request for post-conviction relief (Docket Entry No. 1946-1), and an Affidavit (Docket Entry No.2027) to show that she can not afford to pay for the requested copies of the record.

For good cause shown, the defendant's Motion for Request of Court Transcripts is GRANTED. The Clerk shall provide the defendant with copies of those parts of the record identified by her in Docket Entry No.1946-1. The Clerk will also provide the defendant with a blank § 2255 Motion to Vacate form.

It is so ORDERED.

John T. Nixon
Senior District Judge